IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUILLERMO IGLESIAS LICOR, <br><br>        *Petitioner*, <br><br> v. <br><br> LEONARD ODDO, <br><br>        *Respondent*. | Civil Action No. 3:26-cv-1541 <br><br> Hon. William S. Stickman IV |

## CASE MANAGEMENT ORDER

AND NOW, this 11th day of August 2026, IT IS HEREBY ORDERED as follows:

1. **Service**. The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day. This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3. **Respondents' response to the petition.** Respondents shall file any response or answer to the petition, not to exceed 25 pages, within **30 days** of the date of service.

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE